No. 94–6495. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6498. FALCONE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6502. EARLY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6509. LUCAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6511. ROSAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6514. MOODY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6515. MUNOZ-SOLARTE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6516. PEDRICK v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 94–6519. BURGESS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6520. DAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6521. CRAVEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6522. NICHOLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6529. CASTRO GAXIOLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6530. PFEIFFER v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6531. RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6533. HEATON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.